ROGERS JOSEPH O'DONNELL, PC
ROBERT C. GOODMAN (State Bar No. 111554)
*rgoodman@rjo.com*
ANN M. BLESSING (State Bar No. 172573)
*ablessing@rjo.com*
D. KEVIN SHIPP (State Bar No. 245947)
*kshipp@rjo.com*
311 California Street
San Francisco, California 94104
Telephone:   415.956.2828
Facsimile:   415.956.6457

Attorneys for Defendant
CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHAEFFER,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GREGORY VILLAGE PARTNERS, L.P.,<br><br>                    Defendants. | Case No. CV 13-04358 JST<br><br>**[PROPOSED] ORDER AFTER INITIAL CASE MANAGEMENT CONFERENCE**<br><br><br>Date:        February 5, 2014<br>Time:       2:00 p.m.<br>Courtroom: 9 - 19th Floor<br>Judge:      Honorable Jon S. Tigar |

A Case Management Conference was held on February 5, 2014 at 2:00 p.m. John Till appeared for Plaintiffs Ryan Schaeffer, Anne Schaeffer, and Reese Schaeffer. The following appeared for Defendants: Jeffrey M. Curtiss for Gregory Village Partners, L.P. and VPI, Inc.; Noel Edlin and Erin Kathleen Poppler for Central Contra Costa Sanitary District; Horace W. Green for MB Enterprises, Inc., Massoud Ebrahimi, and Bhagdeep S. Dhaliwal; Alan R. Johnston for Jiewon Lim, Moon S. Lim, and Joseph J. Lee; and Robert C. Goodman for Chevron U.S.A. Inc.

The Court has ordered the following at the conclusion of the Initial Case Management Conference.

### BIFURCATION

This action will be bifurcated between liability and damages issues for all purposes, including discovery. Discovery on damages issues during the liability discovery phase may be required where necessary to protect non-party witnesses from being required to appear more than once, if they have information or knowledge related to both liability and damages issues. This is designed to protect third parties from undue burden of discovery.

### DISCOVERY

Discovery on liability issues, including depositions, may begin immediately.

### STIPULATED FACTS

Plaintiffs' counsel is to circulate to all parties a proposed statement of stipulated facts by February 26, 2014, and then the parties are to confer concerning the stipulated facts prior to the next Case Management Conference.

### FURTHER CASE MANAGEMENT CONFERENCE

A Further Case Management Conference is set for March 28, 2014, at 2:00 p.m. An updated Joint Case Management Statement is due on March 14, 2014. This matter will be set for additional Joint Case Management Conferences via telephone for every thirty days at 4:00 p.m. or as the Court otherwise orders. The Joint Statement shall address the following:

1. A proposal for ADR with a recitation from each party as to what they will need to make ADR productive.

2. An appendix that includes proposed stipulated facts from the Plaintiffs which have been agreed upon and which have not been agreed upon and the reasons why any Defendants cannot stipulate.

3. A joint discovery plan for the next 90 days.

The Parties shall be prepared to discuss the following at the March 28, 2014, Case Management Conference:

1. A list of each party's anticipated depositions and other discovery over the next 90 days.

2. Plaintiffs' estimate of when the case will be at issue.

3. Plaintiffs' proposal for a final date for filing a Fifth Amended Complaint.

4. Dates for filing of dispositive motions.

5. Discovery cutoff dates.

6. Pretrial dates.

7. Trial date.

8. Plaintiffs are to inform the Court as to the status of their settlement with Defendant Piccolo Properties and any other defendants.

IT IS SO ORDERED

DATED: February 18, 2014

By _____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE