STEVEN B. BITTER  (SBN: 156911)
sbitter@gordonrees.com
LAURA G. RYAN  (SBN: 184363)
lryan@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone: (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendants Estate of Kathleen N. Taylor, Deceased and Estate of Sam S. Lim, Deceased (only with respect to insurance coverage allegedly issued by Zurich American Insurance Company)

CROWELL & MORING LLP
Mark D. Plevin (SBN:  146278, mplevin@crowell.com)
Brendan V. Mullan (SBN: 267613, bmullan@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, California  94111
Telephone: (415) 986-2800
Facsimile:  (415) 986-2827

Attorneys for Defendants Estate of Kathleen N. Taylor, Deceased and Estate of Sam S. Lim, Deceased (only with respect to insurance coverage allegedly issued by Fireman's Fund Insurance Company)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, *et al.*,<br><br>          Plaintifs,<br><br>     vs.<br><br>GREGORY VILLAGE PARTNERS, L.P., *et al.*,<br><br>          Defendants. | CASE NO.  3:13-CV-04358-JST<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**[Local Rule 6-1]** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Ryan, Anne and Reese Schaeffer (collectively, the "Plaintiffs"), and defendants the Estate of Kathleen N. Taylor, deceased ("Taylor Estate") and the Estate of Sam S. Lim, deceased ("Lim Estate"), through their respective attorneys, hereby stipulate as follows:

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                    Case No. 3:13-CV-04358-JST
[Local Rule 6-1]

1)   Plaintiffs filed this lawsuit on or about June 1, 2011 in the Contra Costa County Superior Court. The matter was removed to this Court on or about September 19, 2013.

2)   Zurich American Insurance Company ("Zurich") was served with a summons and the fourth amended complaint ("Complaint") on March 10, 2014 pursuant to California Probate Code § 550, *et seq.* on behalf of Floyd G. Taylor ("Mr. Taylor"), the Taylor Estate, and the Lim Estate.

3)   Fireman's Fund Insurance Company ("Fireman's Fund) was also served with a summons and the Complaint on March 10, 2014 pursuant to California Probate Code § 550, *et seq.* on behalf of Mr. Taylor, the Taylor Estate, and the Lim Estate.

4)   In order to provide Zurich and Fireman's Fund with sufficient time to prepare responses to the Complaint on behalf of the Taylor Estate and the Lim Estate, Plaintiffs have agreed to provide Zurich and Fireman's Fund until May 9, 2014 to file responses to the Complaint on behalf of the Estates.

5)   Counsel for Plaintiffs represents that although Mr. Taylor was living at the time this lawsuit was filed, he has since died, and that the summonses served on Zurich and Fireman's Fund with respect to Mr. Taylor actually should have referred to the "Estate of Floyd G. Taylor, Deceased." In light of these representations, Plaintiffs, Zurich, and Fireman's Fund stipulate that all references in the Fourth Amended Complaint to "Floyd G. Taylor" as a defendant in this action shall be replaced by references to "Estate of Floyd G. Taylor, Deceased." Based on the foregoing representations by counsel for Plaintiffs and the parties' stipulation, the parties also agree that (a) Zurich and Fireman's Fund shall have until May 9, 2014 to file responses to the Complaint on behalf of the Estate of Floyd G. Taylor, Deceased and (b) Plaintiffs shall not attempt to take a default judgment against Mr. Taylor. It is agreed among the stipulating parties that the stipulation in this paragraph shall not limit Plaintiffs' ability to add a personal representative or successor in interest for the Estate of Floyd G. Taylor.

6)   Thus, Plaintiffs, Zurich, and Fireman's hereby stipulate and agree that Zurich and Fireman's Fund shall have until May 9, 2014 to file responses to the Complaint on behalf of the Taylor Estate, the Estate of Floyd G. Taylor, and the Lim Estate.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT        Case No. 3:13-CV-04358-JST
[Local Rule 6-1]

7) The parties agree that by entering into this stipulation, the Taylor Estate, the Estate of Floyd G. Taylor, and the Lim Estate do not waive any affirmative or other defenses in this matter, including without limitation the right to assert insufficiency of service of process, lack of personal jurisdiction, lack of subject matter jurisdiction, or the right to challenge the use of Probate Code § 550, *et seq.* in federal court generally or specifically as to any of the defendants.

**STIPULATED AND AGREED:**

Dated: April 10, 2014                GORDON & REES LLP

By */s/ Laura G. Ryan*
   STEVEN B. BITTER
   LAURA G. RYAN
   Attorneys for Defendants Estate of Kathleen N. Taylor, Deceased and Estate of Sam S. Lim, Deceased (only with respect to insurance coverage allegedly issued by Zurich American Insurance Company)

Dated: April 10, 2014                CROWELL & MORING LLP

By */s/ Mark D. Plevin*
   MARK D. PLEVIN
   BRENDAN V. MULLAN
   Attorneys for Defendants Estate of Kathleen N. Taylor, Deceased and Estate of Sam S. Lim, Deceased (only with respect to insurance coverage allegedly issued by Fireman's Fund Insurance Company)

Dated: April 10, 2014                PALADIN LAW GROUP LLP

By */s/ John R. Till*
   JOHN R. TILL
   BRETT A. STONE
   Attorneys for Plaintiffs
   RYAN AND ANNE KINNEY HOFFER

**IT IS SO ORDERED.**

April 11, 2014

JUDGE

IT IS SO ORDERED.
Judge Jon S. Tigar