UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN SCHAEFFER, et al.,

    Plaintiffs,

v.

PICCOLO PROPERTIES, L.P., et al.,

    Defendants.

Case No. 13-cv-04358-JST

**ORDER VACATING ORDER OF BIFURCATION; AND SCHEDULING ORDER**

Pursuant to the orders made at the case management conference held March 28, 2014, and good cause appearing, the Court now orders as follows:

1. The Court's prior order bifurcating the action between liability and damages for all purposes, including discovery, ECF No. 63 at 2, is vacated.

2. By stipulation of the parties on March 28, 2014, the parties will conduct a mediation not later than June 30, 2014.

3. A further case management conference is scheduled for September 24, 2014 at 2:00 p.m. A joint case management statement must be filed by September 10, 2014. The Court will set further discovery deadlines and a trial date at the September 24 conference.

4. The deadline to add parties or amend the pleadings is December 1, 2014. The Court will dismiss or sever any un-served party by April 1, 2015.

**IT IS SO ORDERED.**

Dated: April 21, 2014

                                            JON S. TIGAR
                                     United States District Judge