John R. Till (SBN: 178763)
jtill@paladinlaw.com
Kirk M. Tracy (SBN: 288508)
ktracy@paladinlaw.com
PALADIN LAW GROUP LLP
1176 Boulevard Way
Walnut Creek, California 94595
Telephone: (925) 947-5700
Facsimile: (925) 935-8488

Attorneys for Plaintiffs

STEVEN B. BITTER  (SBN: 156911)
sbitter@gordonrees.com
LAURA G. RYAN  (SBN: 184363)
lryan@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone: (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendants Estate of Kathleen N. Taylor, Deceased,
Estate of Floyd G. Taylor, Deceased and Estate of Sam S. Lim, Deceased
(only with respect to insurance coverage allegedly issued by
Zurich American Insurance Company)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN SCHAEFFER, *et al.*, | CASE NO.  3:13-CV-04358-JST |
| Plaintifs, | **SECOND STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | **[Local Rule 6-1]** |
| GREGORY VILLAGE PARTNERS, L.P., *et al.*, | |
| Defendants. | |

/ / /

/ / /

/ / /

- 1 -

Case 3:13-cv-04358-JST   Document 83   Filed 05/09/14   Page 2 of 3

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Ryan, Anne and Reese Schaeffer (collectively, the "Plaintiffs"), and defendants the Estate of Kathleen N. Taylor, Deceased, the Estate of Floyd G. Taylor, Deceased, and the Estate of Sam S. Lim, Deceased (collectively the "Estates"), through their respective attorneys, hereby stipulate as follows:

1) Plaintiffs filed this lawsuit on or about June 1, 2011 in the Contra Costa County Superior Court. The matter was removed to this Court on or about September 19, 2013.

2) Zurich American Insurance Company ("Zurich") was served with a summons and the operative complaint ("Complaint") on March 10, 2014 pursuant to California Probate Code § 550, *et seq*. on behalf the Estates.

3) Plaintiffs and Zurich previously stipulated that Zurich's response to the Complaint is due on May 9, 2014. The Court approved this stipulation on April 11, 2014 (*see* Dkt. No. 75).

4) Zurich has advised Plaintiffs that it has conducted a diligent and extensive search and has not uncovered any evidence that it or its affiliates have issued any insurance policies that could provide coverage for any of the Estates in this case. Zurich is in the process of preparing a declaration attesting to same which it will provide to Plaintiff as a basis for dismissing Zurich from this matter.

5) In order to provide Zurich with sufficient time to prepare the subject declaration and meet and confer with Plaintiffs regarding Zurich's dismissal, Plaintiffs have agreed to provide Zurich an additional extension through and including May 23, 2014 to file responses to the Complaint on behalf of the Estates.

6) Thus, Plaintiffs and Zurich hereby stipulate and agree that Zurich shall have until May 23, 2014 to file responses to the Complaint on behalf of the Estates.

/ / /

/ / /

/ / /

/ / /

- 2 -

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT  Case No. 3:13-CV-04358-JST [Local Rule 6-1]

7)	The parties agree that by entering into this stipulation, the Estates do not waive any affirmative or other defenses in this matter, including without limitation the right to assert insufficiency of service of process, lack of personal jurisdiction, lack of subject matter jurisdiction, or the right to challenge the use of Probate Code § 550, *et seq.* in federal court generally or specifically as to any of the defendants.

**STIPULATED AND AGREED:**

Dated: May 9, 2014                              GORDON & REES LLP

By  */s/ Laura G. Ryan*
    STEVEN B. BITTER
    LAURA G. RYAN
    Attorneys for Defendants Estate of Kathleen N. Taylor, Deceased, Estate of Floyd Taylor, Deceased, and Estate of Sam S. Lim, Deceased (only with respect to insurance coverage allegedly issued by Zurich American Insurance Company)

Dated: May 9, 2014                              PALADIN LAW GROUP LLP

By  */s/ John R. Till*
    JOHN R. TILL
    BRET A. STONE
    Attorneys for Plaintiffs
    RYAN, ANNE and REESE SCHAEFFER

**IT IS SO ORDERED.**

Dated:   May 9, 2014



IT IS SO ORDERED
Judge Jon S. Tigar