UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PICCOLO PROPERTIES, L.P., et al., <br><br> Defendants. | Case No. 13-cv-04358-JST <br><br> **MINUTE ORDER NOTING DISMISSAL** <br><br> Re: ECF No. 89 |

The parties have filed a stipulation of partial dismissal dated June 2, 2014. ECF No. 89. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The claims between Schaeffer and Defendants the Estates of Kathleen N. Taylor, Deceased, Floyd G. Taylor, Deceased, and Sam S. Lim, Deceased, have been dismissed without prejudice, but only with respect to insurance coverage allegedly issued by Fireman's Fund Insurance Company.

**IT IS SO ORDERED**.

Dated: June 2, 2014

_____
JON S. TIGAR
United States District Judge