1  John R. Till (SBN: 178763)
   jtill@paladinlaw.com
2  Kirk M. Tracy (SBN: 288508)
   ktracy@paladinlaw.com
3  PALADIN LAW GROUP LLP
   1176 Boulevard Way
4  Walnut Creek, California 94595
   Telephone: (925) 947-5700
5  Facsimile: (925) 935-8488

6  Attorneys for Plaintiffs

7  STEVEN B. BITTER  (SBN: 156911)
   sbitter@gordonrees.com
8  LAURA G. RYAN  (SBN: 184363)
   lryan@gordonrees.com
9  GORDON & REES LLP
   101 W. Broadway, Suite 2000
10 San Diego, CA  92101
   Telephone: (619) 696-6700
11 Facsimile:  (619) 696-7124

12 Attorneys for Defendants Estate of Kathleen N. Taylor, Deceased,
   Estate of Floyd G. Taylor, Deceased and Estate of Sam S. Lim, Deceased
13 (only with respect to insurance coverage allegedly issued by
   Zurich American Insurance Company)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN SCHAEFFER, *et al.*, | CASE NO.  3:13-CV-04358-JST |
| Plaintifs, | **STIPULATION (i) DISMISSING THE ESTATE OF KATHLEEN N. TAYLOR, DECEASED, THE ESTATE OF FLOYD G. TAYLOR, DECEASED, AND THE ESTATE OF SAM S. LIM, DECEASED (AS TO ALL THREE ESTATES, ONLY WITH RESPECT TO INSURANCE COVERAGE ALLEGEDLY ISSUED BY ZURICH AMERICAN INSURANCE COMPANY), (ii) WITHDRAWING SERVICE OF SUMMONSES TO ZURICH AMERICAN AND (iii) AUTHORIZING WITHDRAWAL OF COUNSEL FOR THE ESTATES** |
| vs. | |
| GREGORY VILLAGE PARTNERS, L.P., *et al.*, | |
| Defendants. | |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Ryan, Anne, and Reese Schaeffer (collectively, the "Plaintiffs") and defendants the Estate of Kathleen N. Taylor, Deceased, the Estate of Floyd G. Taylor, Deceased, and the Estate of Sam S. Lim, Deceased (as to all three Estates, only with respect to insurance coverage allegedly issued by Zurich American Insurance Company) (collectively, the "Estates") hereby stipulate as set forth below based upon the following facts:

A. Plaintiffs filed this lawsuit on or about June 1, 2011 in the Contra Costa County Superior Court. The matter was removed to this Court on or about September 19, 2013.

B. Pursuant to California Probate Code § 550, et seq., on March 10, 2014 Plaintiffs served Zurich American Insurance Company ("Zurich") with a summons and the operative complaint on behalf of the Estates.

C. Thereafter, Zurich advised Plaintiffs that it believes it did not issue any insurance policies that could provide coverage for any of the Estates in this case. Zurich and Plaintiffs then engaged in meet-and-confer discussions regarding Zurich's request to be dismissed from this action and Plaintiffs' basis, if any, for contending that Zurich issued any insurance policies that could provide coverage for any of the Estates in this case. Zurich has provided the Plaintiffs with an executed declaration supporting its position. In addition, Plaintiffs have conducted due diligence and have not located any documents or information suggesting that Zurich issued any insurance policies that could provide coverage for any of the Estates in this case.

D. Because Zurich has not served an answer or motion for summary judgment in this action, Plaintiffs may, and hereby do, voluntarily dismiss the Estates from this action pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Based on the foregoing, it is hereby STIPULATED by Plaintiffs and the Estates and ORDERED by the Court as follows:

1. The Estates, only to the extent of any insurance coverage allegedly issued by Zurich, are dismissed from this action.

/ / /

/ / /

-1-
STIPULATION DISMISSING THE ESTATES (ZURICH AMERICAN INSURANCE CO. ALLEGED POLICIES)
Case No. 3:13-CV-04358-JST

2. This dismissal of the Estates is applicable only with respect to insurance coverage allegedly issued by Zurich, not insurance coverage issued or allegedly issued to one or more of the Estates by other insurers.

3. Plaintiffs' service of summons upon the Estates, through Zurich, is withdrawn.

4. The appearances of Steven Bitter, Laura Ryan and Gordon & Rees LLP as counsel for the Estates are withdrawn.

5. This dismissal of the Estates with respect to insurance coverage allegedly issued by Zurich is without prejudice.

6. Plaintiffs and the Estates each will bear their own fees and costs regarding Plaintiffs' claims with respect to insurance coverage allegedly issued by Zurich.

**STIPULATED AND AGREED:**

Dated: July 7, 2014     GORDON & REES LLP

By  */s/ Steven B. Bitter*
STEVEN B. BITTER
LAURA G. RYAN
Attorneys for Defendants Estate of Kathleen N. Taylor, Deceased, Estate of Floyd Taylor, Deceased, and Estate of Sam S. Lim, Deceased (only with respect to insurance coverage allegedly issued by Zurich American Insurance Company)

Dated: July 7, 2014     PALADIN LAW GROUP LLP

By  */s/ Kirk M. Tracy*
JOHN R. TILL
KIRK M. TRACY
Attorneys for Plaintiffs
RYAN, ANNE and REESE SCHAEFFER

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1095415/19836951v.1

-2-
STIPULATION DISMISSING THE ESTATES (ZURICH AMERICAN INSURANCE CO. ALLEGED POLICIES)
Case No. 3:13-CV-04358-JST