UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GREGORY VILLAGE PARTNERS, L.P., et al.,<br><br>        Defendants. | Case No. 13-cv-04358-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 97 |

Plaintiffs Ryan, Anne, and Reese Schaeffer have filed a stipulation of dismissal dated September 23, 2014, stating that they have agreed to settle all claims between Plaintiffs and Defendant Piccolo Properties, L.P. ECF No. 97. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiffs and Defendant Piccolo Properties have been dismissed with prejudice. Piccolo Properties is no longer a party in this case.

**IT IS SO ORDERED**.

Dated: September 23, 2014

                                                    JON S. TIGAR
                                        United States District Judge