HORACE W GREEN, BAR NO. 115699
hgreen@bpbsllp.com
CONNOR M. DAY, BAR NO. 233245
cday@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
1333 N. California Blvd., Suite 350
Walnut Creek, California  94596
Telephone:     925 944 9700
Facsimile:     925 944 9701

Attorneys for Defendants
MB ENTERPRISES, INC., a California corporation
dba Pleasant Hill Chevron; MASSOUD
EBRAHIMI, an individual; and BHAGDEEP S.
DHALIWAL, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, an individual; ANNE SCHAEFFER, an individual; and REESE SCHAEFFER, a minor by and through her general guardians Ryan Schaeffer and Anne Schaeffer,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY VILLAGE PARTNERS, L.P., a California partnership, et al.,<br><br>Defendants. | Case No.  3:13-CV-4358-JST<br><br>**DEFENDANTS' [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR PLAINTIFFS' FILING OF SUMMARY JUDGMENT MOTIONS AS TO LIABILITY AGAINST MB ENTERPRISES, INC. AND GREGORY VILLAGE PARTNERS, L.P.** |

Pursuant to the orders made at the case management conference held on September 24, 2014, and good cause appearing, the Court now orders as follows:

1.  Plaintiffs Ryan Schaeffer, Anne Schaeffer and Reese Schaeffer (collectively, "Plaintiffs") are granted leave to file additional summary judgment motions as to liability for the two current property owner defendants at the properties that are the subject matter of this litigation, (1) Gregory Village Partners, L.P. ("GVP"), and (2) MB Enterprises, Inc.

2. Plaintiffs shall file both summary judgment motions on or before December 31, 2014.

3. Due to the complex issues involved in Plaintiffs' summary judgment motions, including, but not limited to, the existence of contamination, migration and causation, GVP and MBE shall have thirty (30) days to prepare and file their opposition papers. Therefore, GVP's and MBE's opposition papers shall be filed on or before February 2, 2015.

4. Plaintiffs shall have fourteen (14) days to prepare and file their reply papers, which shall be filed on or before February 16, 2015.

5. The hearing on both summary judgment motions shall be set for ~~March 2, 2015~~ March 5, 2015.

**IT IS SO ORDERED.**

Date: _____October 22_____, 2014



IT IS SO ORDERED
Judge Jon S. Tigar

- 2 -

[PROPOSED] ORDER ON PLAINTIFF'S FILING OF SUMMARY JUDGMENT MOTIONS AGAINST MB ENTERPRISES, INC. AND GREGORY VILLAGE PARTNERS     3:13-CV-4358-JST