John R. Till        SBN 178763    JTill@PaladinLaw.com
Kirk M. Tracy       SBN 288508    KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
Telephone:     (925) 947-5700
Facsimile:     (925) 935-8488

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, an individual; ANNE SCHAEFFER, an individual; and REESE SCHAEFFER, a minor by and through her general guardians Ryan Schaeffer and Anne Schaeffer,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>GREGORY VILLAGE PARTNERS, L.P., a California Partnership, *et al.*<br><br>*Defendants*. | Case No. 3:13-CV-4358 JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR FILING OF SUMMARY JUDGMENT MOTIONS AND RELATED BRIEFING** |

Plaintiffs Ryan Schaeffer, Anne Schaeffer, and Reese Schaeffer (collectively, "Plaintiffs"), and defendants Gregory Village Partners, L.P. and VPI, Inc. (general partner of Gregory Village Partners, L.P.) (collectively, "Gregory Village"), and M.B. Enterprises, Inc., Massoud Ebrahimi, and Bhagdeep Dhaliwal (collectively, "MBE"), have been working cooperatively to complete discovery related to documents and witnesses pertinent for Plaintiffs' filings of two summary judgment motions on December 31, 2014, as to liability against Gregory Village and MBE, pursuant to the Court's October 22, 2014, order.  Dkt. No. 113.  Due to a number of delays and scheduling complications, Plaintiffs have been delayed in obtaining discovery relevant to the two summary judgment motions.  Accordingly, Plaintiffs, Gregory Village, and MBE have agreed and hereby submit this stipulation and proposed order, requesting



1    the Court to modify the filing deadlines for the two summary judgment motions, as well as the

2    related briefings, by 30 days.

3         Among the issues causing the relevant delays, are at least the following:

4    1.   On October 27, 2014, MBE produced over 50 boxes of documents, many of the

5    documents contained within these documents are extremely difficult and time consuming to copy

6    based on the fact that the documents are not contained on standard sized paper and require

7    extensive handling by the copy service.   As of the time of filing this stipulation, only about 25%

8    of those documents have been copied by Plaintiffs' document service company.   The current

9    estimate for completion of the copy service indicates that it will not be completed until after

10   January 1, 2015, due to the nature of the documents.

11   2.   Plaintiffs and MBE are still in the meet and confer process concerning additional

12   categories of documents that are responsive to discovery requests made to MBE as well as

13   follow-up requests made to MBE at the deposition of the person most knowledgeable for MBE.

14   3.   The continued deposition for the person most knowledgeable for MBE is currently

15   scheduled for December 10, 2014.   However, the documents produced by MBE are still in the

16   process of being copied and will not be available until well after December 10, 2014.   MBE has

17   stated that the deponent is not available again, after December 10, 2014, until January.   Plaintiffs

18   will not have a chance to review numerous outstanding documents, noted above, prior to that date

19   and thus desire to re-schedule the deposition for some time in early January 2015.

20   4.   Plaintiffs have issued subpoenas for documents and depositions of environmental

21   consultants who performed work for Gregory Village.   Gregory Village and one of the

22   consultants have informed Plaintiffs that more time is needed for the document production,

23   privilege review, and creation of a privilege log prior to both document production and

24   deposition.   Plaintiffs desire to review those documents prior to the relevant deposition, but would

25   not be able to do so if they were to grant any additional extension of the current deadline for

26   production of documents and related depositions.

27   5.   There are other outstanding documents requests made by Plaintiffs to Gregory Village.

28   The meet and confer process is continuing.

6. Currently pending before the Court is a discovery dispute related to Gregory Village's privilege log and withheld documents. *See* Dkt. Nos. 104, 110, 111, 118 & 119. The resolution of this discovery dispute may impact the universe of evidence available to Plaintiffs in support of their summary judgment motion against Gregory Village. In addition, the resolution of this dispute may impact Gregory Village's review and asserted privileges related to documents to be reviewed and asserted as privileged in connection with currently pending third party subpoenas, as referenced above.

7. Currently pending before the Court is Plaintiffs' Motion for de novo Determination of Dispositive Matter Referred to Magistrate Judge, regarding Plaintiffs' application for default judgment against defendant The Kenlow Corporation, set for hearing on December 18, 2014. *See* Dkt. Nos. 105, 106, 107, 109, 112, 114, 115, 116, 120, 125, 127. Plaintiffs allege, among other things, that Gregory Village has indemnified The Kenlow Corporation for liabilities related to this matter. The resolution of this motion will impact the scope and content of Plaintiffs' summary judgment motion against Gregory Village.

WHEREFORE, Plaintiffs, Gregory Village, and MBE stipulate to and respectfully request that this Court amend the existing filing deadline for Plaintiffs' additional summary judgment motions against Gregory Village and MBE, related filing deadlines, and the date for hearing on both summary judgment motions as follows:

| Filing/Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs shall file additional summary judgment motions as to liability for Gregory Village and MBE. | December 31, 2014 | January 30, 2015 |
| Gregory Village and MBE shall file their opposition papers. | February 2, 2015 | March 4, 2015 |
| Plaintiffs shall file their reply papers. | February 16, 2015 | March 18, 2015 |
| Hearing on both summary judgment motions. | March 5, 2015 | April 9, 2015 |

Date: December 8, 2014        PALADIN LAW GROUP® LLP



_____
/s/
John R. Till, Esq.
Counsel for Plaintiffs

1

2    Date:   December 8, 2014          STANZLER LAW GROUP

3                                      _____
4                                      /s/
                                       Jeffery Curtiss, Esq.
                                       Counsel for Gregory Village Properties, LP, VPI,
5                                      Inc.

6

7    Date:   December 8, 2014          BUCHMAN PROVINE BROTHERS SMITH LLP

8

9                                      _____
                                       /s/
                                       Horace W. Green, Esq.
10                                     Counsel for MB Enterprises, Inc.,
                                       Massoud Ebrahimi, and Bhagdeep S. Dhaliwal

11

12                          **PROPOSED ORDER**

13        PURSUANT TO STIPULATION, IT IS SO ORDERED that this Court amends the existing filing

14   deadlines and hearing date set forth in Docket Number 113 in this matter to incorporate the dates

15   proposed above.

16        **IT IS SO ORDERED**

17   Dated: December 8, 2015

18

19                                     UNITED STATES DISTRICT COURT
                                       NORTHERN DISTRICT OF CALIFORNIA

                                       IT IS SO ORDERED
                                       Judge Jon S. Tigar

20

21

22

23

24

25

26

27

28



-4-                                    Case No. 3:13-CV-4358-JST

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR FILING SUMMARY JUDGMENT MOTIONS AND
RELATED BRIEFING**