UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN SCHAEFFER, et al.,

    Plaintiffs,

    v.

GREGORY VILLAGE PARTNERS, L.P., et al.,

    Defendants.

Case No. 13-cv-04358-JST

**ORDER VACATING HEARING**

Re: ECF No. 120

    Before the Court is Plaintiffs' Motion for De Novo Determination of a Dispositive Matter Referred to a Magistrate Judge. ECF No. 120. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for December 18, 2014, is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: December 8, 2014

JON S. TIGAR
United States District Judge