UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RYAN SCHAEFFER, et al., | |
|---|---|
| Plaintiffs, | Case No. 13-cv-04358-JST |
| v. | |
| GREGORY VILLAGE PARTNERS, L.P., et al., | **SCHEDULING ORDER AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

Pursuant to the stipulation of the parties as reflected in the joint case management statement filed January 7, 2015, ECF No. 134, the Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Stay on deposition discovery lifted | 2/24/14 |
| Fact discovery cut-off | 8/14/15 |
| Expert disclosures | 8/28/15 |
| Expert rebuttal | 9/30/15 |
| Expert discovery cut-off | 10/30/15 |
| Deadline to file dispositive motions | 11/20/15 |
| Pretrial conference statement due | 2/2/16 |
| Pretrial conference | 2/12/16 at 2:00 p.m. |
| Trial | 2/29/16 at 8:30 a.m. |

1  On the Court's own motion, the case management conference currently scheduled for
2  January 21, 2015 is continued to February 25, 2015 at 2:00 p.m. An updated joint case
3  management statement is not required. The parties are ordered, however, to file an estimate of the
4  length of their trial, in trial days, assuming a trial schedule of 8:30 a.m. to 1:30 p.m., excluding
5  jury selection but including opening statement and closing argument. The estimate must be filed
6  by February 18, 2015.

IT IS SO ORDERED.

Dated: January 20, 2015

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California