HORACE W GREEN, BAR NO. 115699
hgreen@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main Street, Suite 720
Walnut Creek, California 94596
Telephone:    925 944 9700
Facsimile:    925 944 9701

Attorneys for Defendants
MB Enterprises, Inc., Massoud Ebrahimi, and
Bhagdeep S. Dhaliwal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEEFER, an individual; ANNE SCHAEFFER, an individual; and REESE SCHAEFFER, a minor by and through her general guardians Ryan Schaeffer and Anne Schaeffer,,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY VILLAGE PARTNERS, L.P., a California Partnership, et al.,,<br><br>Defendants. | Case No. 3:13-CV-4358 JST<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' ADDITIONAL MOTIONS FOR SUMMARY JUDGMENT AGAINST MB ENTERPRISES, INC. AND GREGORY VILLAGE PARTNERS, L.P. |

1.    By Order dated December 8, 2014 (docket # 131), the Court established a briefing schedule with respect to Plaintiffs' request to file additional motions for summary judgment against Defendants MB Enterprises, Inc. and Gregory Village Partners, L.P. Under that schedule, Plaintiffs were provided the ability to file their additional summary judgment motions with respect to liability on selected causes of action against these Defendants no later than January 30, 2015. Defendants' opposition papers were to be filed by March 4, 2015. Plaintiffs' reply papers were to be filed by March 18, 2015. The motions were set for hearing on April 9, 2015.

2.    After the Court issued that Order, counsel for Defendant MB Enterprises, Inc. received an Order from Judge William B. Shubb in the Eastern District of California. By that

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
Case No. 3:13-CV-4358 JST

Order, Judge Shubb re-calendared the commencement of a jury trial from January 13, 2015 to February 3, 2015. MB Enterprises' counsel represents the Defendants in that jury trial, which is estimated to last three weeks. This trial will prevent counsel from preparing and filing opposition papers by March 4, 2015.

WHEREFORE, Plaintiffs, Gregory Village, and MBE stipulate to and respectfully request that this Court amend the existing filing deadlines for Plaintiffs' additional summary judgment motions against Gregory Village and MBE, related filing deadlines, and the date for hearing on both summary judgment motions as follows:

| | |
|---|---|
| **February 27, 2015** | Last day for Plaintiffs to file summary judgment motions |
| **April 1, 2015** | Last day for Gregory Village/MBE to file oppositions |
| **April 15, 2015** | Last day for Plaintiffs to file reply papers |
| **May 7, 2015** | Hearing on both summary judgment motions. |

Dated: January 27, 2015   **BUCHMAN PROVINE BROTHERS SMITH LLP**

By:/s/Horace W. Green
    Horace W Green
    Attorneys for Defendants
    MB Enterprises, Inc., Massoud Ebrahimi, and
    Bhagdeep S. Dhaliwal

Dated: January 27, 2015   **PALADIN LAW GROUP® LLP**

By:/s/John R. Till
    John R. Till
    Attorneys for Plaintiffs

Dated: January 27, 2015   **STANZLER LAW GROUP**

By:/s/Jeffery Curtiss
    Jeffery Curtiss
    Attorneys for Defendant
    Gregory Village Properties, LP, VPI, Inc.

### ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that this Court amends the existing filing deadlines and hearing date set forth in Docket Number 131 in this matter to incorporate the dates proposed above.

Dated: January 29, 2015

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
(United States District Court, Northern District of California seal)

STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING BRIEFING SCHEDULE — - 3 -
Case No. 3:13-CV-4358 JST