```
John R. Till      SBN 178763    JTill@PaladinLaw.com
Kirk M. Tracy     SBN 288508    KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
Telephone:    (925) 947-5700
Facsimile:    (925) 935-8488
```

Counsel for Plaintiffs Ryan,
Anne, and Reese Schaeffer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHAEFFER, an individual; ANNE SCHAEFFER, an individual; and REESE SCHAEFFER, a minor by and through her general guardians Ryan Schaeffer and Anne Schaeffer,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>GREGORY VILLAGE PARTNERS, L.P., a California Partnership, *et al.*<br><br>*Defendants*. | Case No. 3:13-CV-4358 JST<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY AND DEFENDANT GREGORY VILLAGE PARTNERS, L.P.'S RESPONSE THERETO<br><br>Local Rules 7–2(b), 7–4(b), 7–12<br><br>Action filed: June 1, 2011<br>Discovery cut-off: August 14, 2015<br>Trial date: February 29, 2016 |

The Court granted Plaintiffs Ryan, Anne, and Reese Schaeffer leave to file more than one motion for summary judgment or partial summary judgment against Defendant Gregory Village Partners, L.P. in this action. *See* ECF No. 113. The current deadline within which Plaintiffs must file such a motion is this Friday, February 27, 2015. *See* ECF No. 142. As Plaintiffs have been preparing their moving papers, it has become clear to them that they need five additional pages for their memorandum of points and authorities beyond the page length limit provided by Local Rule 7–2(b) (*i.e.,* 30 pages, instead of 25) due to the complexity of the relevant factual history of this action and the number and complexity of the legal issues presented by their motion.

/ / /



---

**STIPULATION AND [PROPOSED] ORDER RE: LENGTH OF BRIEFS ON MSJ**

1    Accordingly, the parties hereto have agreed, and hereby request that the Court order, that
2 Plaintiffs shall be permitted to file a memorandum of points and authorities in support of their
3 motion of up to 30 pages in length and that Defendant Gregory Village Partners, L.P. shall be
4 permitted to file a brief or memorandum of points and authorities in opposition to Plaintiffs' motion
5 of up to 30 pages in length.  That is, the parties hereto have agreed to each give the other and hereby
6 request that the Court give them each, five additional pages for their principal brief on the motion.
7 *See* L.R. 7–2(b), 7–4(b), 7–12.

8    IT IS SO STIPULATED.

9 Date: February 24, 2015            PALADIN LAW GROUP® LLP

10                                             /s/
                                      John R. Till, Esq.
11                                    Counsel for Plaintiffs

12 Date: February 24, 2015            STANZLER LAW GROUP

13                                             /s/
14                                    Jeffery Curtiss, Esq.
                                      Counsel for Gregory Village
15                                    Partners, L.P.

16

17    PURSUANT TO STIPULATION, IT IS SO ORDERED.
18

19 Date: February 27, 2015



IT IS SO ORDERED
Judge Jon S. Tigar



-2-                                                         Case No. 3:13-CV-4358-JST

**STIPULATION AND [PROPOSED] ORDER RE: LENGTH OF BRIEFS ON MSJ**