UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: March 10, 2015  Judge: Jon S. Tigar

Time: 41 minutes

Case No.     **3:13-cv-04358-JST**
Case Name    **Ryan Schaeffer et al v. Gregory Village Partners, L.P. et al**

Attorneys for Plaintiffs:     John R. Till; Kirk M. Tracy

Attorneys for Defendants:     Jordan S. Stanzler (for Gregory Village Partners, L.P.)
                              Dennis Burns (for Jiewon Lim / Moon S. Lim / Joseph J. Lee)

Deputy Clerk: William Noble     Court Reporter: JoAnn Bryce

PROCEEDINGS

Order to Show Cause why monetary sanctions should not be imposed against Gregory Village pursuant to either Rule 37(a)(5) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, or both (docket 139)

RESULT OF HEARING

Order to show cause hearing held.  Order to show cause is under submission.