UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREGORY VILLAGE PARTNERS, L.P., et al.,<br><br>    Defendants. | Case No.  13-cv-04358-JST<br><br>**ORDER RE REQUEST FOR CLARIFICATION AND ORDER RE MOTION FOR RECONSIDERATION**<br><br>Re: ECF Nos. 229, 234 |

Now before the Court are Plaintiffs' Request for Clarification of Order Regarding Documents Listed on Defendants Gregory Village Partners, L.P. and VPI, Inc.'s Privilege Log, ECF No. 229, and Defendants' Motion for Reconsideration, ECF No. 234.  The Court now rules as follows regarding these various requests.

<u>Plaintiffs' Request for Clarification</u>

Plaintiffs' first request, that the Court set a deadline for the production of the documents identified in its order of May 27, 2015, is granted.  All such documents shall be produced by June 10, 2015.  (The Court understands from Gregory Village's response to Plaintiffs' request, ECF No. 232, that the documents have already been produced.)

Plaintiffs' second request, that the Court order the production of other documents not listed on the privilege log, is denied.  As described in the Court's prior orders, the Court has now resolved disputes concerning a sample of documents listed on the privilege log to give the parties guidance regarding likely rulings on other documents.  The parties must now meet and confer regarding any remaining disputes regarding other documents on the log.  <u>See</u>, <u>e.g.</u>, ECF No. 104 at 3.  If their meet and confer efforts are unsuccessful, they will submit their disputes to a Special Master.  ECF No. 227 at 3-4.

Defendants' Motion for Reconsideration

Defendants' Motion for Reconsideration asks the Court to reconsider its ruling regarding a single document on the privilege log, Document Number 866.  Plaintiffs must file either an opposition to the motion or a statement of non-opposition by June 11, 2015.  The hearing set for July 9, 2015 is vacated.

**IT IS SO ORDERED.**

Dated:  June 3, 2015



JON S. TIGAR
United States District Judge

2