1  John R. Till     SBN 178763    JTill@PaladinLaw.com
   Kirk M. Tracy  SBN 288508    KTracy@PaladinLaw.com
2  PALADIN LAW GROUP® LLP
   1176 Boulevard Way
3  Walnut Creek, CA  94595
   Telephone:     (925) 947-5700
4  Facsimile:     (925) 935-8488

5
   *Counsel for Plaintiffs*
6  RYAN, ANNE, and REESE SCHAEFFER

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11

12  RYAN SCHAEFFER, an individual; ANNE      Case No. 3:13-CV-4358 JST
    SCHAEFFER, an individual; and REESE
13  SCHAEFFER, a minor by and through her    **STIPULATION AND [PROPOSED]**
    general guardians Ryan Schaeffer and Anne  **ORDER FOR APPOINTMENT OF A**
    Schaeffer,                                **SPECIAL MASTER FOR DISCOVERY**
14

15                  *Plaintiffs*,

16              *v.*

17  GREGORY VILLAGE PARTNERS, L.P., a
    California Partnership, *et al.*
18
                    *Defendants*.
19

20        This proposed appointment order for appointment of a special master is submitted to the

21  Court pursuant to the Court's May 27, 2015 order (ECF No. 227, the "Order") arising out of a

22  discovery dispute between the plaintiffs Ryan, Anne and Reese Schaeffer (collectively,

23  "Plaintiffs") and the defendants Gregory Village Partners, L.P. and VPI, Inc. (collectively,

24  "Gregory Village").  (Plaintiffs and Gregory Village are collectively referenced as the "Parties").

25        The Court has determined that the discovery disputes "cannot be effectively and timely

26  addressed by an available district judge or magistrate judge of the district" and that appointment

27  of a special master is appropriate. ECF No. 227, at 3:21-24. The Order has therefore directed the

28  Parties, pursuant to Federal Rules of Civil Procedure, Rule 53(b), to identify a mutually

1  acceptable special master along with all the terms required by Rule 53(b)(2) or, to the extent the

2  Parties differ, to file competing proposals

3          Initially, the Special Master is specifically tasked with the review *in camera* of all

4  documents identified as privileged on Gregory Village's privilege log, as revised by Gregory

5  Village in light of the rulings and guidance provided by the Court in the Order. The Special

6  Master is the take into consideration the orders of this Court related to Gregory Village's

7  privilege log and the Court's determination regarding privileged and unprivileged documents.

8  Gregory Village will submit all documents, including those with redactions, on its privilege log

9  not already reviewed by this Court and for which Gregory Village continues to assert a privilege.

10  Gregory Village shall determine any document it is going to "de-privilege" by July 1, 2015 and

11  shall provide an updated privilege log to the Special Master and Plaintiffs, which shows the

12  remaining privileged documents, by the same date.  Any document "de-privileged" by Gregory

13  Village shall be produced to Plaintiffs by July 6, 2015.  Gregory Village will then provide the

14  remaining privileged documents to the Special Master for review on July 6, 2016.

15  IT IS HEREBY ORDERED:

16          1. Honorable Wayne D. Brazil (Ret.) of Two Embarcadero Center, Suite 1500, San

17  Francisco, CA 94111 is appointed Special Master for the purpose of any further discovery

18  disputes between the Parties, including the privileged or work product nature of Gregory

19  Village's documents. ECF No. 227, at 3:21-24. Attached is special master and discovery referee

20  reference information.  The duties of the Special Master shall include, but are not limited to,

21          a. Managing and supervising discovery and resolving discovery disputes.

22          b. Hearing evidence on discovery disputes and issuing findings and decisions on

23          discovery disputes.

24          c. Managing and supervising discovery involving electronic information or data.

25          The Special Master is directed to proceed with all reasonable diligence to complete the

26  tasks assigned by this order.

27

28          2. The Honorable Wayne D. Brazil (Ret.) shall have discretion to determine the

appropriate procedures for resolution of matters assigned to the Special Master and shall have the authority to implement those procedures, subject to the following terms in this paragraph and the following paragraphs.

The Special Master may request or require the Parties to supply any further information that the Special Master shall deem necessary.

Before issuing any ruling, the Special Master shall provide a "tentative ruling", which will provide either party the opportunity to comment upon the "tentative ruling". The Special Master shall provide the Parties with reasonable notice of the date of the tentative ruling. The Parties will then have until the close of business (5:00 p.m. PST) the day following the tentative ruling to provide any comments or objections. Any comments or objections may be made in letter format and submitted to the Special Master and the other party via email.

The Special Master will prepare a report within 30 days of receiving the information necessary to make a ruling unless otherwise stipulated by the Parties or ordered by the Special Master.

Pursuant to FRCP Rule 53(f), the Court shall conduct a de novo review of the Special Master's report or recommendations. The Parties shall have 21 days after the issuance of any report or recommendations by the Special Master to file any objections or motion to adopt or modify the report or recommendations.

The Special Master may by order impose on a party any noncontempt sanction provided by Rule 37 or 45, and may recommend a contempt sanction against a party and sanctions against a nonparty.

3. No ex parte contact. The Parties shall not engage in any ex parte discussions with the Special Master and the Special Master shall not engage in any ex parte discussions with any of the parties. Ex parte communications are allowed for scheduling and other non-substantive communications with staff of the Special Master. [Fed. R. Civ. P. 53(b)(2)(B)]

4. The Parties shall file with the Clerk all papers filed for consideration with the Special Master. The Special Master shall also file with the Clerk all reports or other communications with the Court. [Fed. R. Civ. P. 53(b)(2)(C)].



5. Any party seeking review of any ruling of the Special Master shall comply with the procedures set forth in Fed. R. Civ. P. 53(f).  Fact findings and legal conclusions of the Special Master will be reviewed de novo and all procedural rulings of the Special Master will be reviewed only for an abuse of discretion.

6. The Special Master shall be paid $450.00 per hour for work done plus actual costs incurred and case management fees.  Attached hereto is the Special Master's rate sheet which reflects the rate of $450.00 per hour and case management fees.  The Special Master shall bill Gregory Village on a monthly basis for fees and disbursements, and those bills shall be promptly paid by Gregory Village.  The costs of the Special Master will be borne entirely by Gregory Village, subject to future reallocation upon a showing of good cause to the Court.

7. The Special Master is authorized to hire staff they determine are necessary to assist in completion of the matters referred to the Special Master by this Order

IT IS SO STIPULATED.

Date:  June 12, 2015                PALADIN LAW GROUP® LLP

                                   _____/s/_____
                                   John R. Till, Esq.
                                   Counsel for Plaintiffs

Date:  June 12, 2015                STANZLER LAW GROUP

                                   _____/s/_____
                                   Jeffery Curtiss, Esq.
                                   Counsel for Gregory Village
                                   Partners, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  June 19, 2015               _____
                                   Honorable Jon S. Tigar
                                   U.S. District Judge
                                   (Case No. 3:13-cv-4358 JST)



**STIPULATION AND [~~PROPOSED~~] ORDER FOR APPOINTMENT OF A SPECIAL MASTER FOR DISCOVERY**