UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREGORY VILLAGE PARTNERS, L.P., et al.,<br><br>    Defendants. | Case No. 13-cv-04358-JST<br><br>**ORDER REFERRING PLAINTIFFS' MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS TO SPECIAL MASTER**<br><br>Re: ECF No. 244 |

    Before the Court is Plaintiffs' Motion for Leave to Take Additional Depositions ("motion"). It is hereby ordered this matter be referred to the appointed Special Master.

    Plaintiffs bring this case seeking compensation and injunctive relief for hazardous substance contamination on their property and in the surrounding neighborhood. Plaintiffs have taken seven depositions in this case so far. ECF No. 242 at 6. Plaintiffs' motion requests leave of the Court to notice thirty additional depositions, exceeding the limit of ten depositions imposed by Rule 30(a)(2) of the Federal Rules of Civil Procedure. Id. However, prior to Plaintiffs' present motion, the Court ordered the parties to identify a special master to resolve discovery disputes between the parties. ECF No. 227 at 3-4. The Court then appointed the Honorable Wayne D. Brazil (Ret.) as Special Master. ECF No. 243. The Special Master's duties include "managing and supervising discovery and resolving discovery disputes." Id. at 2.

    Accordingly, the Court orders that Plaintiffs' motion be referred to the appointed Special Master.

    **IT IS SO ORDERED.**

Dated: June 24, 2015

                                                             JON S. TIGAR
                                                   United States District Judge