1

2

3

4                             UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6   RYAN SCHAEFFER, et al.,

7              Plaintiffs,                     Case No.  13-cv-04358-JST

8        v.                                    **ORDER GRANTING MOTION FOR
                                               DISMISSAL PURSUANT TO FED. R. CIV.**
9   GREGORY VILLAGE PARTNERS, L.P.,            **P. 41(a)(2) AS TO DEFENDANT CENTRAL
    et al.,                                    CONTRA COSTA SANITARY DISTRICT**
10                                             **WITH PREJUDICE**

11             Defendants.                     Re:  ECF No. 230

12          Before the Court is the parties' joint motion for voluntary dismissal as to Defendant

13   Central Contra Costa Sanitary District with prejudice, pursuant to Federal Rule of Civil Procedure

14   41(a)(2).  ECF No. 230.  For the reasons set forth below, the Court will grant the motion.

15   **I.      BACKGROUND**

16          Plaintiffs brought this action in Contra Costa Superior Court against Defendant Central

17   Contra Costa Sanitary District, a California Special District ("District") and past and present

18   owners and operators of dry cleaning establishments in Pleasant Hill, California.  ECF No. 152 at

19   2.  Plaintiffs' operative complaint seeks compensation and injunctive relief for hazardous

20   substance contamination located on their property and in the surrounding neighborhood.  Id. at 3.

21   The case was removed on the basis of federal question to this Court in September 2013.  ECF No.

22   1.  Since the case was removed, Plaintiffs have settled with several of the Defendants, including

23   the District.  ECF No. 152 at 3.

24          On February 19, 2015, Plaintiffs and the District filed a Joint Notice of Settlement and

25   Application for Good Faith Settlement Determination.  ECF Nos. 152, 158, 186.  The Plaintiffs

26   and the District agreed, pursuant to California Code of Civil Procedure section 877.6, to a general

27   release of all claims related to the District in this action in exchange for the District's settlement

28   payment of $50,000 to Plaintiffs.  ECF No. 186, Ex. 1 (Settlement Agreement and Release of

United States District Court
Northern District of California

1  Claims).  On April 24, 2015, this Court approved Plaintiffs and the District's Application for a

2  Good Faith Settlement Determination.  ECF No. 220.  On May 28, 2015, Plaintiffs and the District

3  jointly filed the instant motion to voluntarily dismiss the case as to Defendant Central Contra

4  Costa Sanitary District with prejudice.  ECF No. 230.  The motion is unopposed.

5  ## II.    LEGAL STANDARD

6         Federal Rule of Civil Procedure 41(a) governs the voluntary dismissal of an action by the

7  plaintiff.  Rule 41(a) may be invoked to dismiss less than all of the parties in an action.  See Lake

8  at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp., 933 F.2d 724, 726 (citations

9  omitted).  It is within the district court's sound discretion to grant or deny a motion made under

10 Rule 41(a)(2).  Sams v. Beech Aircraft Corp., 625 F.2d 273, 277 (9th Cir. 1980).  "[A] district

11 court should grant a motion for voluntary dismissal unless a defendant can show that it will suffer

12 some plain legal prejudice as a result."  Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001);

13 Waller v. Financial Corp. of Am., 828 F.2d 579, 583 (9th Cir.1987).  "Plain legal prejudice"

14 means "prejudice to some legal interest, some legal claim, [or] some legal argument."  Westlands

15 Water Dist. v. United States, 100 F.3d 94, 97 (9th Cir. 1996).  The Court may dismiss with or

16 without prejudice, but "[u]nless the order states otherwise, a dismissal under this paragraph (2) is

17 without prejudice."  Fed. R. Civ. P. 41(a)(2).

18 ## III.   DISCUSSION

19        Plaintiffs and the District have jointly moved for the action to be dismissed as to Defendant

20 the District with prejudice.  ECF No. 230.  The parties also requested that the motion be granted

21 "with settling parties to bear their own fees and costs as between the settling parties."  Id.

22        The Court must first consider, under Rule 41(a), whether dismissal of the District would

23 result in legal prejudice to any other Defendants in this action.  Per Civil Local Rule 7-3(a), any

24 oppositions to the joint motion were due no later than June 11, 2015.  No Defendants filed an

25 opposition to the joint motion to voluntarily dismiss the District.  The Court concludes no

26 Defendant will "suffer some plain legal prejudice" as a result of the District's dismissal from the

27 action with prejudice.  See Lenches, 263 F.3d at 975.  Plaintiffs have already agreed to a release of

28 all claims related to the district in exchange for settlement.  ECF No. 186, Ex. 1.

United States District Court
Northern District of California

The parties have also requested that the Court grant the dismissal as to the District with prejudice and order the settling parties to bear their own fees and costs.  ECF No. 230.  The Court finds that dismissal of the District with prejudice is appropriate and orders that the settling parties shall bear their own fees and costs related to this action.

## CONCLUSION

For the foregoing reasons, the Court will GRANT Plaintiffs and the District's joint motion to voluntarily dismiss all claims against Central Contra Costa Sanitary District with prejudice. The settling parties are to bear their own fees and costs as between the settling parties.

IT IS SO ORDERED.

Dated: June 28, 2015

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

3