John R. Till    SBN 178763    JTill@PaladinLaw.com
Kirk M. Tracy   SBN 288508    KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA 94595
Telephone:    (925) 947-5700
Facsimile:    (925) 935-8488

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVSION

| | |
|---|---|
| RYAN SCHAEFFER, an individual; ANNE SCHAEFFER, an individual; and REESE SCHAEFFER, a minor by and through her general guardians Ryan Schaeffer and Anne Schaeffer,<br><br>*Plaintiffs,*<br><br>v.<br><br>GREGORY VILLAGE PARTNERS, L.P., a California Partnership, *et al.*<br><br>*Defendants.* | Case No. 3:13-CV-4358 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Courtroom 9 – 19th Floor<br>Trial Date:   February 29, 2016 |

Plaintiffs Ryan Schaeffer, Anne Schaeffer, and Reese Schaeffer (collectively, "Plaintiffs"), defendants Gregory Village Partners, L.P. and VPI, Inc. (general partner of Gregory Village Partners, L.P.) (collectively, "Gregory Village"), and defendants Joseph Lee, Moon Lim, and Jiewon Lim (collectively, "Lee-Lim Defendants") (collectively, "Defendants") submit this stipulation and proposed order to modify the Court's current scheduling order and extend the current discovery cut-off deadlines in light of the fact that Plaintiffs have reached settlement with all non-defaulting defendants in this matter.



1. **Settlement Status**

   a. <u>Chevron and MBE Settlement and Motion for Good Faith Determination:</u>

   Plaintiffs, Chevron, and MBE fully executed a settlement agreement on June 15, 2015. *See* ECF No. 255, at 14. On July 1, 2015, Chevron and MBE filed a Motion for Good Faith Settlement Determination, with hearing on the motion set for August 6, 2015. ECF No. 255. The deadline for oppositions to that motion was July 15, 2015. No oppositions were filed. If the Court grants the motion, Plaintiffs will file a motion to dismiss Chevron and MBE. On July 27, 2015, the Court vacated the hearing for Chevron's good faith determination motion. The parties are awaiting the court's ruling on this motion.

   b. <u>Gregory Village Settlement:</u>

   Plaintiffs and Gregory Village fully executed a settlement agreement as of July 24, 2015. Gregory Village will file a motion for good faith settlement determination within 15 days of final execution of the agreement. The settlement agreement is contingent upon the court granting that motion and on granting a minor's compromise to be filed by Plaintiffs after the Court's determination of good faith.

   c. <u>Lee-Lim Settlement:</u>

   Plaintiffs and Lee-Lim Defendants fully executed a settlement agreement on July 21, 2015. *See* Notice of Settlement, ECF No. 265. Lee-Lim Defendants intend to file a motion for good faith settlement determination within 20 days. The settlement agreement is contingent upon the court granting that motion.

   d. <u>Discovery:</u>

   Plaintiffs, Gregory Village, and Lee-Lim Defendants have worked with the Honorable Wayne D. Brazil (Ret.), the Special Master assigned for discovery disputes in this matter, *see* ECF No. 243. Given that Plaintiffs have now settled with the Gregory Village and Lee-Lim Defendants, Judge Brazil, based on the existing good cause, has agreed that, and recommends that, the parties refrain from further discovery in this matter until further recommendation or order by him or by the Court. Plaintiffs, Gregory Village, and Lee-Lim Defendants have agreed to take all scheduled depositions off calendar now that settlements agreements have been

executed and to withdraw all pending written discovery between Plaintiffs, Gregory Village, and Lee-Lim Defendants pending orders related to good faith and minor's compromise motions. Plaintiffs, Gregory Village, and Lee-Lim Defendants further agree that all expert discovery dates will be modified by at least 30 days pending the Court's order on this stipulation and proposed order modifying currently set case deadlines.

e. **Case Deadlines:**

The current case deadlines, as set by the Court's January 20, 2015 order, ECF No. 137, are as follows:

| Event | Deadline |
| --- | --- |
| Fact Discovery Cut-off | August 14, 2015 |
| Expert Disclosures | August 28, 2015 |
| Expert Rebuttal | September 30, 2015 |
| Expert Discovery Cut-off | October 30, 2015 |
| Deadline to File Dispositive Motions | November 20, 2015 |
| Pretrial Conference Statement | February 2, 2016 |
| Pretrial Conference | February 12, 2016 at 2:00 p.m. |
| Jury Trial | February 29, 2016 at 8:30 a.m. |

Plaintiffs have settled with all active defendants, yet each settlement is contingent upon the Court's approval of a motion good faith settlement determination. Plaintiffs will also file an application for approval of minor's compromise after the motions for good faith settlement determination have been granted for Gregory Village, and a motion for approval of minor's compromise related to the Lee-Lim Defendants settlement is also intended after a good faith settlement determination has been made as to that settlement. In an effort to avoid unnecessary expenditure of attorney fees and costs, Plaintiffs, Gregory Village, and Lee-Lim Defendants have agreed to take all depositions off calendar, withdraw all pending written discovery, and to refrain from asking the Special Master to rule on any pending discovery disputes. However, the fact discovery cut-off date is August 14, 2015, which will pass before the Court issues a ruling on the



various motions for good faith settlement determination and Plaintiffs' anticipated application for approval of minor's compromise. Judge Brazil supports this modification regarding discovery and expert disclosure deadlines pending further order of the Court and believes the parties requested modifications are in the interest of justice and necessary for preservation of parties' resources and judicial economy. If the Court denies the requested extension of case deadlines, the parties will work with the Special Master on the discovery deadlines and expert deadlines. Accordingly, the parties stipulate as follows:

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Plaintiffs Ryan Schaeffer, Anne Schaeffer, and Reese Schaeffer ("Plaintiffs") on the one hand and defendants Chevron U.S.A. Inc., M.B. Enterprises, Inc., Massoud Ebrahimi, Bhagdeep Dhaliwal, Gregory Village Partners, L.P., VPI, Inc., Joseph J. Lee, Moon S. Lim, and Jiewon Lim ("Defendants"), which are all of the active non-defaulting parties, have executed separate settlement agreements in this matter.

WHEREAS Plaintiffs and Defendants hereby request that the deadlines currently set in the Court's Scheduling Order (ECF No. 137) be extended by six (6) months, or such other extension as the Court deems reasonable and sufficient, in order to allow Plaintiffs and Defendants to file, have heard, and have ruled upon motions for good faith settlement determination[1] and an application for approval of minor's compromise.

NOW, THEREFORE, Plaintiffs and Defendants stipulate to and request the following modified litigation deadlines:

| Event | Deadline |
| --- | --- |
| Stay on Deposition Discovery Lifted | February 24, 2014 |
| Fact Discovery Cut-off | February 19, 2016 |

---

[1] One motion is currently pending, see ECF No. 255. A second motion will be filed in regards to the settlement between Plaintiffs and Gregory Village Partners, L.P. and VPI, Inc. A third motion will be filed regarding the settlement with Joseph J. Lee, Moon S. Lim, and Jiewon Lim.

-4-     Case No. 3:13-CV-4358-JST

STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY SCHEDULING ORDER

| | |
|---|---|
| Designation of Experts | March 4, 2016 |
| Designation of Rebuttal Experts | March 30, 2016 |
| Expert Discovery Cut-off | April 29, 2016 |
| Last Day for Filing Dispositive Motions | May 20, 2016 |
| Pretrial Statement | August 2, 2016 |
| Pretrial Conference | August 12, 2016 at 2:00 p.m. |
| Jury Trial | August 29, 2016 at 8:30 a.m. |

FURTHER, in the event the Court does not agree with and order this proposed modification of deadlines, the parties request a telephonic conference with the Court at its earliest convenience in order to address the above case management issues and deadlines.

IT IS SO STIPULATED.

Date: July 27, 2015    PALADIN LAW GROUP® LLP

                       _____
                       John R. Till, Esq.
                       Counsel for Plaintiffs

Date: July 27, 2015    STANZLER LAW GROUP

                       /S/
                       _____
                       Jeffery Curtiss, Esq.
                       Counsel for Gregory Village Properties, LP, and VPI, Inc.

Date: July 27, 2015    THE CRONIN LAW GROUP

                       /S/
                       _____
                       Alan Johnston, Esq.
                       Counsel for Joseph J. Lee, Moon Lim, and
                       Jiewon Lim

The Special Master, The Hon. Wayne D. Brazil (Ret.), endorses the stipulation of the parties.

Date: July 27, 2015    _____
                       The Hon. Wayne D. Brazil (Ret.)

1  **PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, IT IS SO ORDERED** that
2  this Court amends the existing deadlines set forth in ECF No. 137 in this matter to incorporate the
3  parties' modified case deadlines dates proposed above.

4
5  Date: July 29, 2015

IT IS SO ORDERED

Judge Jon S. Tigar
District Judge
Case No. 3:13-cv-4358 JST

