TIMOTHY C. CRONIN  (SBN 181989)
tcronin@crolaw.com
ALAN R. JOHNSTON   (SBN 208991)
ajohnston@crolaw.com
THE CRONIN LAW GROUP
744 Montgomery Street, Second Floor
San Francisco, California  94111
Telephone:     (415) 951-0166
Facsimile:      (415) 951-0167

Attorneys for Defendants
JOSEPH J. LEE, MOON S. LIM, JIEWON LIM,
and for decedent GRACE M. LEE (non-party previously-named defendant).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN SCHAEFFER, an individual; ANNE SCHAEFFER, an individual; and REESE SCHAEFFER, a minor by and through her general guardians Ryan Schaeffer and Anne Schaeffer,<br><br>          Plaintiffs,<br><br>vs.<br><br>GREGORY VILLAGE PARTNERS, L.P., a California partnership, et al.,<br><br>          Defendants. | Case No. 3:13-CV-4358 JST<br><br>**[PROPOSED] ORDER GRANTING JOSEPH J. LEE, MOON S. LIM, JIEWON LIM, AND DECEDENT GRACE M. LEE'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION AND ORDER BARRING CLAIMS AGAINST THE LEES AND LIMS**<br><br>Date:         September 17, 2015<br>Time:         2:00 p.m.<br>Courtroom:  9, 19th Floor<br>Judge:        Hon. Jon S. Tigar |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Motion of Defendants Joseph J. Lee, Moon S. Lim, Jiewon Lim, and decedent Grace M. Lee (non-party previously-named defendant) (collectively "Movants"), for settlement approval, good faith determination and order barring claims against Movants (the "Motion"), came on for hearing on September 17, 2015 at 2:00 p.m.  Counsel for Movants, the Plaintiffs Ryan, Anne, and Reese Schaeffer ("Plaintiffs"), and non-settling defendants remaining in this action appeared.  After consideration of the papers submitted and the arguments made in support of and in opposition to the Motion, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion is GRANTED.

The Court makes the following further determinations and rulings related to the Motion:

1.   Each defendant received notice of the Motion and has had an opportunity to oppose the relief sought by Movants.

2.   The Court finds that it can and should be guided by the provisions of California Code of Civil Procedure Sections 877 and 8776 in determining the good faith and the effect of the Settlement Agreement between Movants and Plaintiffs that is attached to this Motion (the "Settlement Agreement"), including with respect to the federal and state law claims asserted in the action.

3.   The Court further determines that the "pro tanto" principles embodied in California Code of Civil Procedure Sections 877 *et seq.* are adopted in this case for the purpose of determining the legal effect of the Settlement Agreement.

4.   The Court finds that the Settlement Agreement was made in good faith between/among the parties to the Settlement Agreement, within the meaning and effect of California Code of Civil Procedure section 877 and 877.6, and approves the Settlement Agreement as reasonable and procedurally and substantively fair.

5.   Accordingly, pursuant to California Code of Civil Procedure section 877.6, and any other applicable provisions of federal or state law, whether by statute or common law, Movants are entitled to, and hereby granted, contribution protection and a bar order against any and all claims which were brought or could have been brought concerning, arising form, or related to facts alleged in this Action, and including those claims related to soil, vapor, and/or groundwater contamination at and in the vicinity of Plaintiffs' property at 95 Cynthia Drive, in the surrounding neighborhood,

and within the 1600-1700 blocks of Contra Costa Boulevard, regardless of when such claims are asserted or by whom. Such claims are barred regardless of whether they are brought pursuant to the Resource Conservation and Recovery Act or pursuant to any other federal or state statute or common law.

      6.     Plaintiffs' claims against Movants are hereby dismissed with prejudice and without costs or fees to any party.

      7.     The Court retains continuing jurisdiction over the Settlement Agreement, Movants, and the Plaintiffs to resolve any action, adjudication, or dispute related to the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: _____                _____

                                              HONORABLE JON S. TIGAR
                                              United States District Court Judge

[PROPOSED] ORDER GRANTING LEES/LIMS' MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION AND ORDER BARRING CLAIMS AGAINST THE LEES AND LIMS

2