UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREGORY VILLAGE PARTNERS, L.P., et al.,<br><br>    Defendants. | Case No. 13-cv-04358-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 276 |

    Before the Court is Joseph J. Lee, Moon S. Lim, and Jiewon Lim's Motion for Good Faith Settlement Determination. ECF No. 276. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for September 17, 2015, is hereby VACATED.

    IT IS SO ORDERED.

Dated: September 8, 2015

                                          JON S. TIGAR<br>                                   United States District Judge