UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN SCHAEFFER, et al.,

    Plaintiffs,

v.

GREGORY VILLAGE PARTNERS, L.P., et al.,

    Defendants.

Case No. 13-cv-04358-JST

**ORDER VACATING HEARING**

Re: ECF No. 272

Before the Court is Defendants Gregory Village Partners, L.P. and VPI, Inc.'s Motion for Good Faith Settlement Determination. ECF No. 272. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for September 17, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: September 8, 2015

JON S. TIGAR
United States District Judge