UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN SCHAEFFER, et al.,

    Plaintiffs,

    v.

GREGORY VILLAGE PARTNERS, L.P., et al.,

    Defendants.

Case No. 13-cv-04358-JST

**ORDER VACATING HEARINGS**

Re: ECF Nos. 287, 288, 289

    Before the Court are Plaintiffs' Petition for Order Approving Compromise of Minor's Claim (ECF No. 287) and two Motions for Voluntary Dismissal (ECF Nos. 288 and 289). Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matters suitable for disposition without oral argument. The hearings currently scheduled for November 19, 2015 are hereby vacated.

    IT IS SO ORDERED.

Dated: November 19, 2015

_____
JON S. TIGAR
United States District Judge