UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN SCHAEFFER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PARK AVENUE CLEANERS, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-04358-JST<br><br>**MINUTE ORDER NOTING DISMISSAL; ORDER DISMISSING CASE**<br><br>Re: ECF No. 301 |

Plaintiffs Ryan Schaeffer, Anne Schaeffer, and Reese Schaeffer have filed a notice of voluntary dismissal dated February 8, 2016. ECF No. 301. The notice states that Plaintiffs voluntarily dismiss, without prejudice, Defendants Floyd G. Taylor, the estate of Kathleen N. Taylor, David Woo, Alan Chei, Kenneth P. Lowry, and Park Avenue Cleaners, Inc. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Floyd G. Taylor, the Estate of Kathleen N. Taylor, Deceased, David Woo, Alan Chei, Kenneth P. Lowry, and Park Avenue Cleaners, Inc. have been dismissed without prejudice. The Clerk is directed to terminate the aforementioned Defendants.

As there are no remaining Defendants in this case, the Court hereby dismisses the case. The Clerk shall close this file.

IT IS SO ORDERED.

Dated: February 8, 2016

                                                JON S. TIGAR<br>                                        United States District Judge